<u>NOT FOR PUBLICATION</u>                                                                                      [__]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| PEGASUS CONSULTING GROUP, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-5161 (FLW) |
| | : | |
| v. | : | |
| | : | |
| THE ADMINISTRATIVE REVIEW BOARD FOR THE DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, EMPLOYMENT STANDARDS ADMINISTRATION | : | **ORDER** |
| | : | |
| Defendant. | : | |

**WOLFSON, United States District Judge**

This matter having been opened to the Court by Defendant Administrative Review Board for the Department of Labor, Wage and Hour Division, Employment Standards Administration ("Defendant"), on Defendant's motion for reconsideration, pursuant to <u>L.Civ.R.</u> 7.1(i), of the Court's June 27, 2007 Order granting the motion for summary judgment, pursuant to <u>Fed. R. Civ. P.</u> 56(c), filed by Plaintiff Pegasus Consulting Group (the "Plaintiff"); and written opposition having been filed by Wilentz, Goldman & Spitzer, counsel for Plaintiff, and the Court having considered the Motion pursuant to <u>Fed. R. Civ. P.</u> 78; and for the reasons set forth in the Court's Opinion filed today; and for good cause shown:

IT IS on this  31st  day of March, 2008,

**ORDERED** Defendant's motion for reconsideration of the Court's June 27, 2007 Order is **GRANTED**; and it is further

**ORDERED** that the June 27, 2007 Order is **VACATED** to the extent summary judgment was granted in favor of Plaintiff; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Sanctions pursuant to <u>Fed. R. Civ. P.</u> 11 is **DENIED**.

/s/ Freda L. Wolfson<br>
Honorable Freda L. Wolfson<br>
United States District Judge